## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**THE JACK OLSTA COMPANY**                                    **PLAINTIFF/**
                                                         **COUNTER DEFENDANT**

**VS.**                          **Case No. 04-CV-1002**

**JERRY LANGLEY d/b/a**                                        **DEFENDANT/**
**LANGLEY TRUCKING, INC.**                              **COUNTER PLAINTIFF**

### ORDER

Before the Court is Defendant/Counter Plaintiff Jerry Langley d/b/a Langley Trucking, Inc.'s ("Langley Trucking") Motion to Withdraw Motion Vacate and Reopen to Enforce Settlement Agreement. (Doc. 21). The Court finds this motion ripe for consideration. In this Motion, Langley Trucking claims that the issues related to the Motion to Vacate and Reopen to Enforce Settlement have been resolved. Upon consideration, the Court hereby vacates and sets aside its order of May 11, 2006, granting the Motion to Vacate and reopening the case. The previous orders and judgments entered into in the above-entitled case shall remain in full effect. The Court finds the Motion to Withdraw Motion Vacate and Reopen to Enforce Settlement Agreement should be and hereby is **denied as moot**. The hearing scheduled for Monday, June 26, 2006, is hereby cancelled.

**IT IS SO ORDERED** this 12th day of May, 2006.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Judge

-1-

Dockets.Justia.com